**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-35032 |
| Plaintiff-Appellee, | D.C. Nos. 3:17-cv-00038-SLG<br>3:00-cr-00104-SLG |
| v. | |
| WILLIAM EDWARD PIERS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted November 27, 2018**

Before:     CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

William Edward Piers appeals from the district court's judgment denying his
28 U.S.C. § 2255 motion to vacate.  We have jurisdiction under 28 U.S.C. § 2253,
and we affirm.

---

        *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Piers contends that his armed bank robbery conviction under 18 U.S.C.

§ 2113(a), (d) does not qualify as a predicate crime of violence under 18 U.S.C.

§ 924(c).  This argument is foreclosed.  *See United States v. Watson*, 881 F.3d 782

(9th Cir.), *cert. denied*, 139 S. Ct. 203 (2018).

**AFFIRMED.**